PROB 12B
(7/93)

Report Date: August 18, 2010

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 26 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Saul Sanchez               Case Number: 2:05CR00192-006 -WFN

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 10/08/2008        Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Cocaine, a Schedule II Controlled Substance, 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B)(ii); Conspiracy to Launder Monetary Instruments, 18 U.S.C. § 1956(a)(1), (h)

Date Supervision Commenced: 06/12/2009

Original Sentence: Prison - 29 months; TSR - 48 months

Date Supervision Expires: 06/11/2013

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

On August 16, 2010, the undersigned officer conducted an unannounced home contact at the offender's residence. Upon arrival, the offender and his brother were observed walking around his garage. The undersigned officer walked behind Mr. Sanchez and his brother attempting to gain his attention, with negative results. When this officer walked around the corner of the garage, Saul Sanchez was observed standing at the back of his brother's car, with the trunk open, and holding a rifle. While displaying my firearm, the undersigned officer immediately instructed Mr. Sanchez to drop his weapon. Mr. Sanchez complied and placed the rifle in the trunk of the vehicle. Mr. Sanchez's brother left the area there after. Mr. Sanchez was verbally reprimanded and directed to report to the U.S. Probation Office on August 18, 2010, which he did.

Further review of the defendant's current living situation raise concerns. Specifically, given the fact that he appears to have access to firearms where he is residing. Placement at a residential reentry center would limit his activities in the community and allow him to secure a different residence.

Prob 12B

**Re: Sanchez, Saul**
**August 18, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/18/2010

Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/26/10

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____
Richard B. Law
U.S. Probation Officer

Signed: _____
Saul Sanchez
Probationer or Supervised Releasee

August 18, 2010
Date